UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61319-CIV-DIMITROULEAS

POMPANO/LINCOLN INDUSTRIAL, LTD.,
a Florida limited partnership; SARA SKICONE
CORPORATION, a Florida corporation; and
SHELTER CORPORATION OF AMERICA,
a Florida corporation,

    Plaintiffs,

vs.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a foreign corporation,

    Defendant.
_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE is before the Court upon the Stipulation for Substitution of Defendant's Counsel, filed herein on September 4, 2008. [DE-4]. The Court has carefully considered the Stipulation and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Substitution of Defendant's Counsel [DE-4] is hereby **GRANTED**.

2. Attorney Rory Eric Jurman and the law firm of Fowler White Burnett, P.A. is hereby relieved of any further responsibility of representing Defendant Travelers Property Casualty Company of America in this matter. The clerk is directed to remove Fowler White Burnett, P.A. as attorneys of record for Defendant and to substitute in its place Bradley S. Fischer, Esquire of the firm Lewis Brisbois Bisgaard & Smith, LLP as attorney

of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Rory E. Jurman, Esq.
Bradley S. Fischer, Esq.
Michael D. Heidt, Esq.